IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN (DUBUQUE) DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 16-CR-1011-LRR |
| Plaintiff, | ) ) ) | **LOCAL RULE 7 STATEMENT** |
| vs. | ) ) | |
| LANDON SHANE NATHANSON-LOVE a/k/a "Landon Love," CAMRON ANDREW PETE, JR. a/k/a "Dreadhead" a/k/a "Cam" a/k/a "Cam Stunt Montana" a/k/a "Camron Montana", and REGINALD DARNELL SHAW, JR. a/k/a "Darnell Shaw, Jr." a/k/a "T Darnell Shaw, Jr." a/k/a "Shaw", | ) ) ) ) ) ) ) ) | Count 1<br>   18 U.S.C. § 922(g)(3): Prohibited Person in Possession of a Firearm (Nathanson-Love)<br><br>Count 2<br>   18 U.S.C. § 922(a)(6): False Statement in Relation to Sale of Firearm (Nathanson-Love) |
| Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Count 3<br>   18 U.S.C. § 922(a)(6): False Statements in Relation to Sale of Firearm (Nathanson-Love)<br><br>Count 4<br>   18 U.S.C. § 922(d): Sale of Firearm to a Prohibited Person (Nathanson-Love)<br><br>Count 5<br>   18 U.S.C. § 922(g)(3): Prohibited Person in Possession of a Firearm (Pete)<br><br>Count 6<br>   18 U.S.C. § 922(g)(3), (g)(9): Prohibited Person in Possession of a Firearm (Shaw) |

1

## LOCAL CRIMINAL RULE 7 STATEMENT

Pursuant to Local Criminal Rule 7, the United States respectfully submits the following brief statement describing the difference between the original indictment and the superseding indictment.

| | |
|---|---|
| Case Caption: | Adds two new defendants, Camron Pete, Jr. and Reginald Darnell Shaw, Jr., as well as aliases. |
| Count 1: | Previously Count 1; minor grammatical change to the time period, but no substantive change intended. |
| Counts 2 through 6: | New counts; not alleged in original indictment. |

Respectfully submitted,

KEVIN W. TECHAU
United States Attorney

By: *Timothy L. Vavricek*

TIMOTHY L. VAVRICEK
Assistant United States Attorney