# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br><br> vs. <br><br> REGINALD DARNELL SHAW, JR., <br> Defendant. | No. 2:16-cr-1011-LRR |

## MOTION FOR SENTENCE BELOW ADVISORY GUIDELINE RANGE

COMES NOW the Defendant, by counsel, and, pursuant to this Court's administrative order 05-AO-0002, hereby moves the Court for a sentence below the advisory guideline range, and in support thereof states:

1. Defendant is to be sentenced upon his pleas of guilty to unlawful user of controlled substance and domestic abuse misdemeanant in possession of a firearm.
2. A sentence below the guideline range is warranted based upon application of the factors of 18 U.S.C. § 3553(a) to the circumstances of Defendant's case.
3. Defendant incorporates herein by this reference the facts, authorities, argument, and conclusion of his brief in support of this motion filed herewith.

WHEREFORE, Defendant prays the Court impose a sentence below the guideline range, and for such other and further relief as may be fair and just.

Respectfully submitted,

**Certificate of Service**

The undersigned hereby certifies, under penalty of perjury, that a copy of the document to which this certificate is attached was was served by the following:
1. ☒ mailed          5. ☐ placed in party's box at clerk's
2. ☐ e-mailed        6. ☐ overnited
3. ☐ faxed           7. ☒ VIA EM/ECF
4. ☐ hand-delivered

to the party/ies or attorney/ies listed below at his/her/their address(es) of record or listed below on 3/10/16. If served by mail, said document was sealed in an envelope and deposited on said date in a U.S. Postal depository with postage, fully paid, in Cedar Rapids, Iowa.

Signed: /s/ *David Nadler*

cc:
7. Justin Lightfoot, Assistant U.S. Attorney
1. Defendant

/s/ *David Nadler*
DAVID NADLER  LI1008290
Law Building, Ste. 310
225 Second St. S.E.
Cedar Rapids, IA  52401
Tel: (319) 363-5141
Fax: (319) 363-4851
e-mail: dnadler@qwestoffice.net

ATTORNEY FOR DEFENDANT