# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br><br> vs. <br><br> REGINALD DARNELL SHAW, JR., <br>     Defendant. | No. 2:16-cr-1011-LRR |

## NOTICE OF FILING EXHIBITS

COMES NOW the Defendant, by counsel, and hereby notices the filing of the attached exhibits designated A through B from the sentencing hearing held on 10/3/16.

Respectfully submitted,

**Certificate of Service**

The undersigned hereby certifies, under penalty of perjury, that a copy of the document to which this certificate is attached was was served by the following:
1. ☒ mailed     5. ☐ placed in party's box at clerk's
2. ☐ e-mailed     6. ☐ overnited
3. ☐ faxed     7. ☒ VIA EM/ECF
4. ☐ hand-delivered
to the party/ies or attorney/ies listed below at his/her/their address(es) of record or listed below on 10/3/16. If served by mail, said document was sealed in an envelope and deposited on said date in a U.S. Postal depository with postage, fully paid, in Cedar Rapids, Iowa.

Signed: /s/ *David Nadler*

/s/ *David Nadler*
DAVID NADLER LI1008290
Law Building, Ste. 310
225 Second St. S.E.
Cedar Rapids, IA 52401
Tel: (319) 363-5141
Fax: (319) 363-4851
e-mail: dnadler@qwestoffice.net

ATTORNEY FOR DEFENDANT

cc:
7. Tim Vavricek, Assistant U.S. Attorney
1. Defendant

# AFFIDAVIT OF TRUTH

CN: 01311FECR01173
CN: 01311FECR01740

On said Date 12/05/2015 I was Arrested and Charged with Dominion/control of firearm/Off Weapon by Dom Abuse offender, carrying Weapons and Possesion of a Controlled Substance With Intent to Distribute. Heather M. Duffy 01/10/1986 gave a Statement to Investigator Nick Schlosser that the firearms found in her vehicle belonged to Camron A. Pete 04/28/1992. In my inital Statement to the Aressting officer I gave a Statement that the guns found in Heather's vehicle were my guns. That statement was given Out of fear, because Camron Pete was Sitting in the backseat with the guns 9mm Loaded. I DID Not want me or heather to get shot So my initial statement was given Out of fear for me and Heather's Saftey. I feel that the Affidavit that was given to me by the clerk of District Court is missing a few parts such as, When I met with investigator Schlosser

DEFENSE EXHIBIT A (Sentencing) No. 16-CR-1011-LRR

Not only did I tell him those guns were not mine but I also told him where Camron got the guns from. Two out of the three the Taurus 9MM and the High Point 9MM are both registered under the name Landon Love. Landon reported the Taurus 9MM stolen as soon as Camron bought it from him. How I know is because he told Camron and I was right there. Now The High Point 9MM was reported lost after a day or two Camron bought that one as well. The reason I know this is because the investigator Mr. Schlosser told me. Now Landon and Camron are good friends, They have been for a long time. If you look on Camron's Facebook page (Cam Stunt Montana) you will see that they were just recently hanging out for New Years. I have never met Landon before Camron brought me up here, When I was brought here I had no money barley any clothes guns are not free there is no way I bought them guns at all. Camron sells weed and alot of it he is where I got my little weed from I only had eleven bags that I was going to smoke most of it anyway and maybe sell like

A bag or two, I take full responsibility for the weed in my pocket. I also told Mr. Schlosser where Camron got the Ruger 9MM from with the long clip. I explained that Camron had possession of the gun used in the Angelia Appartment's shooting and we went to Matwoken so he can trade the High Point 45 for the Ruger 9mm with the long clip included. Now you are probably wondering where he got that High Point 45 from well Camron has this Dealy His name is Justin and he lives in the Angelia Appartments and some boy by the name of PJ tried to rob him pretty much what happened is Justin and PJ was tussing and PJ ended up shooting himself and Justin ended taking the gun from him How I know this is because Justin came that morning and told Camron and me and later on that day Camron ended up with the gun from that incident. Now as far as the guy who traded the ruger 9MM for the High Point 45. I do not know his name but the investigator Mr. Schlosser had me look at a line-up of potential persons of intrest and I had my eye on one guy in that lineup but I wasn't too sure so Nick told me and my lawyer Chris Welch that he was going to get a lineup with color and that he was going to get back with us but he never did

4)

Now I also told Nick about what happened on spruce which I was there Now let me just say I did drive there but i did not know that camron was going to do that he made it seem like we was going to go over there and just talk to Rob Now before I go into that let me tell you why I had the high point in my possesion Camron allways 9 times out of 10 has them guns ( High point, Ruger, tarrus) on him Why? I Don't Know Now if I'm with him he would let me hold on to the High point But at the end of the day I would allways give it back to him because they are his overall. Now going back to what happened I'm walking Down the Hill Camron is way behind me In my head I'm like what is he doing I get Kind of by the house I hear shots I get scared because I Don't Know Where shots are comming from I look up the Hill and i see camron shooting like he is James bond and he screamed out What is you Doing! I felt scared at the moment so I just pointed at the house but I swear I can put my hand on the bible and testify that i did not fire not one shot nor did i intend to at all. The only reason I pointed because I felt like Camron would've shot me if he felt like I wasn't Down with him. I Relized everything I have done has not been perfect, But I can't allow my life to be controlled by fear

Case 2:16-cr-01011-CJW-MAR   Document 95   Filed 11/03/16   Page 5 of 10

5)

If I Really Want to change the Direction of my life.

I Am asking that the Courts Respond to My Affidavit of truth within (10) Days or Drop the charges of Dominion/ Control of firearm/off Weapon by Dom Abuse Offend and carrying weapons and my going Armed With Intent to an Accessory.

*[Signature: Reginal D. Av R]*

signed before me this 19th day of January, 2016

*[Signature]*
Notary

CURT SCHULTZ
Commission Number 766775
My Commission Expires
February 18, 2017



Official Report Of
Iowa Department of Public Safety
DCI Criminalistics Laboratory
2240 South Ankeny Boulevard
Ankeny, Iowa 50023-9093
(515) 725-1500

**2016-00575 Report 1**
**LAB CASE NUMBER**

**10/17/2016**
**REPORT DATE**

Firearms / Toolmarks
Examination Report of
Victor M. Murillo

See Code of Iowa Section 691.2 Presumption of qualification – evidence – testimony. "It shall be presumed that any employee or technician of the criminalistics laboratory is qualified or possesses the required expertise to accomplish any analysis, comparison, or identification done by the employee's employment in the criminalistics laboratory. Any report, or copy of a report, or the findings of the criminalistics laboratory shall be received in evidence, if determined to be relevant, in any court, preliminary hearing, grand jury proceeding, civil proceeding, administrative hearing, and forfeiture proceeding in the same manner and with the same force and effect as if the employee or technician of the criminalistics laboratory who accomplished the requested analysis, comparison, or identification had testified in person..."

| | |
|---|---|
| **AGENCY:** Dubuque Police Department | **CASE TYPE:** Weapon Offenses |
| **AGENCY CASE NUMBER:** 2015-010903 | **OFFENSE DATE:** December 1, 2015 |
| **CASE OFFICER:** Nicholas Schlosser | **VICTIM(S):** |
| **SUSPECT(S):** Reginald Darnell Shaw / Camron Andrew Pete | |

### Firearms / Toolmarks Examination Report

## ITEMS AS DESCRIBED BY SUBMITTING AGENCY:

On January 07, 2016, Jeremy Mootz with Dubuque County Sheriff's Office submitted the following item(s) to Kathleen Kinseth (DCI Lab):

| Lab # | Agency # | Description |
|---|---|---|
| 1 | 1 | Ruger 9mm handgun Model# 9E serial# 335-55300 with magazine containing 27 rounds. |
| 2 | 2 | Hi-point 9mm Model# C9 serial# p1758713 with magazine containing 8 rounds. |
| 3 | 3 | Taurus 9mm Model# millennium PT 111PRO serial# TEU86882 with magazine containing 11 rounds. |
| 4 | 4 | Ruger 9mm magazine containing 7 rounds. |
| 5 | 5 | Hornady box with 3 live R&P Luger 9mm rounds. |
| 6 | 6 | Bullet fragment found in 611 University, Dubuque Iowa. |
| 7 | 7 | 9mm Hornady spent casing. |
| 8 | 8 | 9mm Hornady spent casing. |
| 9 | 10 | 9mm Hornady spent casing. |
| 10 | 11 | 9mm Hornady spent casing. |
| 11 | 12 | 9mm Hornady spent casing. |
| 12 | 13 | 9mm Hornady spent casing. |
| 13 | 14 | 9mm W.I.N spent casing. |
| 14 | 15 | 9mm Hornady spent casing. |
| 15 | 16 | 9mm Hornady spent casing. |
| 16 | 17 | 9mm Hornady spent casing. |
| 17 | 9 | 9mm Hornady spent casing. |

**DEFENSE EXHIBIT B** (Sentencing) No. 16-CR-1011-LRR

## RESULTS OF FIREARMS / TOOLMARKS EXAMINATION BY: Victor M. Murillo

1,4   The Ruger Model 9E, 9mm Luger semiautomatic pistol, bearing serial number 335-55300 (Item 1) was examined and test fired. The resulting test fired bullets and cartridge cases were recovered for comparison purposes. The test fired bullets and cartridge cases will be retained in the firearms section of the laboratory for a minimum of five years, until they are destroyed. The Ruger pistol was in good physical condition and mechanically functioned as the manufacturer intended. The pistol was submitted with one extended Pro-Mag magazine which intermittently functioned in the Ruger pistol. The magazine was slightly modified to fit in the

AR
10/17/16
CLUB

Dubuque
Page 1 of 2

B-1

Ruger pistol and would cause the internal trigger bar to not move correctly. The trigger sometimes had to be manually reset to fire an additional shot. The magazine was submitted with twenty-seven (27) Winchester and Hornady 9mm Luger cartridges.

The Ruger magazine (Item 4) was also examined and functioned and fit in the Ruger pistol (Item 1).

**1 vs. 13**  The one (1) fired Winchester 9mm Luger cartridge case (Item 13) was identified as having been fired in the Ruger pistol (Item 1).

**2**  The Hi-Point C9, 9mm Luger semiautomatic pistol, bearing serial number P1758713 (Item 2) was examined and test fired. The resulting test fired bullets and cartridge cases were recovered for comparison purposes. The test fired bullets and cartridge cases will be retained in the firearms section of the laboratory for a minimum of five years, until they are destroyed. The Hi-Point pistol was in good physical condition and mechanically functioned as the manufacturer intended. The pistol was submitted with one loaded eight-round magazine which fit and functioned in the Hi-Point pistol. The magazine contained eight (8) Aguila and Remington-Peters 9mm Luger cartridges.

**3**  The Taurus Millenium PT111 Pro, 9mm Luger semiautomatic pistol, bearing serial number TEU86882 (Item 3) was examined and test fired. The resulting test fired bullets and cartridge cases were recovered for comparison purposes. The test fired bullets and cartridge cases will be retained in the firearms section of the laboratory for a minimum of five years, until they are destroyed. The Taurus pistol was in good physical condition and mechanically functioned as the manufacturer intended. The pistol was submitted with one loaded twelve-round magazine containing seven (7) Aguila and four (4) Remington-Peters 9mm Luger FMJ cartridges.

**3 vs. 7-12, 14-17**  The ten (10) fired Hornady 9mm Luger cartridge cases (Items 7, 8, 9, 10, 11, 12, 14, 15, 16 and 17) were identified as having been fired in the Taurus pistol (Item 3).

**1,3 vs. 6**  The one small fired copper-jacketed lead bullet fragment (Item 6) was examined and weighed 11.0 grains and reflected one land with a right-hand twist. The rifling information on the bullet fragment was similar in class characteristics to the rifling on the test fired bullets from both of the pistols (Items 1 and 3). The results of the microscopic examinations and comparisons between the fragment (Item 6) and the pistols (Items 1 and 3) were inconclusive.

Images of one of the test fired cartridge cases (Items 1, 2 and 3) were entered and searched in the National Integrated Ballistics Information Network (NIBIN) databases in Iowa, Illinois and Nebraska, resulting in no matches at this time. The images will be retained in the NIBIN databases for future correlations. The fired bullets do not meet laboratory criteria for NIBIN entry. The laboratory's current NIBIN system is not capable of capturing bullet images.

**5**  The one box of Hornady Critical Duty 9mm Luger ammunition (Item 5) was noted to possess three (3) Remington-Peters 9mm Luger FMJ cartridges.

## DISPOSITION OF EVIDENCE

The examined items will be returned to the submitting agency under separate cover.

This report may contain opinions, conclusions or interpretations of the examiner whose signature appears below.

_Victor M. Murillo_
Victor M. Murillo, Criminalist

DISCOVERY MATERIAL
DO NOT COPY OR REDISSEMINATE
COPY PROVIDED TO DEFENSE COUNSEL
COPY TO BE RETURNED TO U.S. ATTORNEY'S OFFICE AT CONCLUSION OF CASE

## IOWA DEPARTMENT OF PUBLIC SAFETY
## DIVISION OF CRIMINAL INVESTIGATION
## LABORATORY RECEIPT

Assigned Date/Time: January 07, 2016   15:02:00          Case Number: 2016-00575

Crime: Weapon Offenses
Date of Occurence: 12/01/2015
Location of Offense: 511 University #1
How Received at Lab: Hand Delivered
Submission Case Officer: Nicholas Schlosser
Submission Agency: Dubuque Police Department
Submission Agency Case #: 2015-010983

Name of Case Officer(CO): Nicholas Schlosser
Agency Name: Dubuque Police Department
Co E-mail Address: nschloss@cityofdubuque.org
Agency Phone: 563-589-4411
Agency Case #: 2015-010983
Delivery Officer: Jeremy Mootz
Agency of D.O.: Dubuque County Sheriff's Office

| Name Type | Name | Race | Sex | DOB | ID |
|---|---|---|---|---|---|
| S | Shaw, Reginald Darnell | B | M | 09/25/1991 | DCI# - 01034092<br>SSN# - 356862221<br>FBI# - IA01034892<br>DL# - S0007249134504 |
| S | Pete, Camron Andrew | B | M | 04/28/1992 | DCI# - 00900885<br>SSN# - 387112979<br>DL# - 462AF5893<br>FBI# - 48667JD1 |

SIGNATURE OF DELIVERY OFFICER
Jeremy Mootz  Dubuque County SO

RECEIVED IN LABORATORY BY:
Kathleen Kinseth
Evidence Technician

### SPECIAL REQUESTS OR INFORMATION

Submission Comments: Dubuque police investigated a shooting on 12/1/2015 and during that investigation located items #4,6,7,8,9,10,11,12,13,14,15,16,17. On 12/5/2015 Police made a traffic stop and took at into evidence items #1,2,3 and 5. Suspect Shaw told police that Pete did the shooting and used items #1 and 3. Shaw said he did not shoot and had Item #2. Please check the functionality of items #1,2,3 and check to see if Item #4 was used in Item #1 and also check to see if Items #6,7,8,9,10,11,12,13,14,15,16 and 17. Also see if items #6,7,8,9,10,11,12,13,15,16 and 17 are the same brand as the box of item #5.

OFFENSES. Firearms - Property Damage
Firearms - Felon in Possession

| Item# | Package | Item Description | Item Type | Dept. Item Number | Service Requested |
|---|---|---|---|---|---|
| 1 | Sealed Box | Ruger 9mm handgun Model# 9E serial# 335-55300 with magazine containing 27 rounds. | Firearm | 1 | FA-C, FA-E, FA-N |

DCI - 17 Approved 4/03 V1.1

B-3

Case 2:16-cr-01011-CJW-MAR   Document 95   Filed 11/03/16   Page 9 of 10

Case Number: 2016-00575    Submission #: 1    Continue...

| | | | | | |
|---|---|---|---|---|---|
| 2 | Sealed Box | Hi-point 9mm Model# C9 serial# p1758713 with magazine containing 8 rounds. | Firearm | 2 | FA-E, FA-C, FA-N |
| 3 | Sealed Box | Taurus 9mm Model# millennium PT 111PRO serial# TEU86882 with magazine containing 11 rounds. | Firearm | 3 | FA-N, FA-E, FA-C |
| 4 | Sealed Paper Bag | Ruger 9mm magazine containing 7 rounds. | Firearm Accessory (Scope,Sling,Magazine) | 4 | FA-C |
| 5 | Sealed Paper Bag | Hornady box with 3 live R&P Luger 9mm rounds. | Firearm Accessory (Scope,Sling,Magazine) | 6 | FA-C |
| 6 | Sealed Envelope | Bullet fragment found in 611 University, Dubuque Iowa. | Bullet Fragment(s) | 6 | FA-C |
| 7 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 7 | FA-C |
| 8 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 8 | FA-C |
| 9 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 10 | FA-C |
| 10 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 11 | FA-C |
| 11 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 12 | FA-C |
| 12 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 13 | FA-C |
| 13 | Sealed Envelope | 9mm W.I.N spent casing. | Cartridge Case(s) Fired | 14 | FA-C |
| 14 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 15 | FA-C |
| 15 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 16 | FA-C |
| 16 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 17 | FA-C |
| 17 | Sealed Envelope | 9mm Hornady spent casing. | Cartridge Case(s) Fired | 9 | |

DCI - 17 Approved 4/03 V1.1

B-4

